[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 25, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-13560
Non-Argument Calendar

_____

D. C. Docket No. 06-60011-CR-JIC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARCARIOUS FAUGUES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(May 25, 2007)**

Before TJOFLAT, HULL and COX, Circuit Judges.

PER CURIAM:

Robin Farnsworth, counsel for Marcarious Faugues, in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Faugues's conviction and sentence are **AFFIRMED.**